**No. 10-10900. Juan Pantoja, Petitioner v. Florida.**

565 U.S. 1009, 132 S. Ct. 496, 181 L. Ed. 2d 389, 2011 U.S. LEXIS 7688.

October 31, 2011. Motion of Florida Association of Criminal Defense Lawyers for leave to file a brief as amicus curiae granted. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 59 So. 3d 1092.

**No. 11-6601. Daniel Garraud, Petitioner v. United States.**

565 U.S. 1009, 132 S. Ct. 535, 181 L. Ed. 2d 389, 2011 U.S. LEXIS 7605.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 434 Fed. Appx. 132.

**No. 11-6614. Tommy Alexander, Sr., Petitioner v. United States.**

565 U.S. 1009, 132 S. Ct. 536, 181 L. Ed. 2d 389, 2011 U.S. LEXIS 7745.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

Same case below, 429 Fed. Appx. 404.

**No. 11-6631. Darwin Beck, Petitioner v. United States.**

565 U.S. 1010, 132 S. Ct. 537, 181 L. Ed. 2d 389, 2011 U.S. LEXIS 7625.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.

**No. 11-6644. Gary Lucas, Petitioner v. United States.**

565 U.S. 1010, 132 S. Ct. 538, 181 L. Ed. 2d 389, 2011 U.S. LEXIS 7686.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Same case below, 428 Fed. Appx. 57.

**No. 11-6668. Eusebio Escobar de Jesus, Petitioner v. United States.**

565 U.S. 1010, 132 S. Ct. 539, 181 L. Ed. 2d 389, 2011 U.S. LEXIS 7632.

October 31, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied. Justice Kagan took no part in the consideration or decision of this petition.